Certificate Number: 03088-PAE-DE-032072860

Bankruptcy Case Number: 18-17638



03088-PAE-DE-032072860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2018, at 11:21 o'clock AM CST, Robert J Titus completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 26, 2018         By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor