Certificate Number: 03088-PAE-DE-032072862

Bankruptcy Case Number: 18-17638



03088-PAE-DE-032072862

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2018, at 11:21 o'clock AM CST, Helena M Titus completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 26, 2018           By:    /s/Doug Tonne

                                    Name:  Doug Tonne

                                    Title: Counselor