IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Robert J. Titus and Helen M. Titus                  Chapter 13

                                                               Case No. 18-17638amc

Debtor(s)

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation at docket number 24.

Dated: October 10, 2019                                    /s/ Brad J. Sadek, Esquire
                                                                    Brad J. Sadek, Esquire
                                                                    Sadek and Cooper
                                                                    1315 Walnut Street, Suite 502
                                                                    Philadelphia, PA 19107
                                                                    215-545-0008