# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17638-AMC

ROBERT J TITUS
HELENA M TITUS
1920 GERYVILLE WEST

EAST GREENVILLE, PA 18041

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBERT J TITUS
    HELENA M TITUS
    1920 GERYVILLE WEST

    EAST GREENVILLE, PA 18041

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                                     /S/ William C. Miller

Date: 10/10/2019                                                   _____

                                                                  William C. Miller, Esquire
                                                                  Chapter 13 Standing Trustee