```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                             Case No. 18-17638-amc
Robert J. Titus                                                    Chapter 13
Helena M. Titus
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore             Page 1 of 2                   Date Rcvd: Nov 20, 2019
                              Form ID: pdf900             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db/jdb         +Robert J. Titus,    Helena M. Titus,    1920 Geryville West,    East Greenville, PA 18041-2000
14231715      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
14257626       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14231716       +Bensalem Rescue Squad Inc.,    PO Box 911,    Bensalem, PA 19020-0911
14263009       +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14231722       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14231724      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,     National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
14231726       +KML Law Group P.C.,    Suite 5000- BNY Independence Center,     701 Market Street,
                 Philadelphia, PA 19106-1538
14231727       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14231729       +Mariner Finance,    358 Upland Square Dr,    Pottstown, PA 19464-9436
14231730        Mariner Finance,    358 Upland Square Dr,    Bensalem, PA 19020
14235463       +U.S. Bank, N.A.,    c/o Rebecca A. Solarz, Esq.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 21 2019 04:11:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2019 04:11:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2019 04:11:48      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:15:41      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14236555        E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2019 04:11:13      Ally Bank,    PO Box 130424,
                 Roseville, MN 55113-0004
14231714       +E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2019 04:11:13      Ally Financial,
                 Attn: Bankruptcy Dept,    Po Box 380901,   Bloomington, MN 55438-0901
14231717       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2019 04:16:14      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14251802        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 21 2019 04:15:30
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14231723       +E-mail/Text: mrdiscen@discover.com Nov 21 2019 04:11:14      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14235882        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2019 04:17:10      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14235901        E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 21 2019 04:17:02      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14257158       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 21 2019 04:11:40      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14231731       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 21 2019 04:17:05
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,   Old Bethpage, NY 11804-9001
14258812        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 04:17:02
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14232967       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2019 04:17:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14231732       +E-mail/Text: jennifer.chacon@spservicing.com Nov 21 2019 04:12:08
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
14231733       +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2019 04:15:36      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14263473        E-mail/Text: jennifer.chacon@spservicing.com Nov 21 2019 04:12:08
                 U.S. Bank, N.A., successor trustee to LaSalle Bank,     C/O Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14231718*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14231719*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14231720*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14231721*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14231725*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,     National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
14231728*      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
                                                                                   TOTALS: 0, * 6, ## 0
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2              Date Rcvd: Nov 20, 2019
                              Form ID: pdf900            Total Noticed: 30
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Robert J. Titus brad@sadeklaw.com,    bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Helena M. Titus brad@sadeklaw.com,    bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2007-HE5, Asset-Backed Certificates Series 2007-HE5 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT J TITUS<br>HELENA M TITUS | Chapter 13 |
| Debtor | Bankruptcy No. 18-17638-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 20, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
ROBERT J TITUS
HELENA M TITUS
1920 GERYVILLE WEST

EAST GREENVILLE, PA 18041